IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Juan Munoz,<br><br>       Plaintiff,<br><br>vs.<br><br>The Jacoby Law Firm, P.C. d/b/a Lukehart & Associates, P.C.,<br><br>       Defendant. | No. CV-11-2204-PHX-GMS<br><br>**ORDER** |

The Court has been advised that this case has settled (Doc. 5).

**IT IS ORDERED** that this matter will, without further Order of this Court, be dismissed with prejudice within 60 days of the date of this Order unless a stipulation to dismiss is filed prior to the dismissal date.

**IT IS FURTHER ORDERED** directing the Clerk of the Court to **terminate** this matter on **March 6, 2012** without further leave of Court.

DATED this 6th day of January, 2012.

*/s/ A. Murray Snow*
G. Murray Snow
United States District Judge