Marshall Meyers (020584)
WEISBERG & MEYERS, LLC
5025 North Central Ave., #602
Phoenix, AZ 85012
602 445 9819
866 565 1327 facsimile
mmeyers@AttorneysForConsumers.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Juan Munoz, ) | Case No. 2:11-cv-02204-GMS |
| ) | |
| Plaintiff, ) | **NOTICE OF DISMISSAL WITH** |
| ) | **PREJUDICE** |
| vs. ) | |
| ) | |
| The Jakoby Law Firm, P.C. d/b/a Lukehart ) | |
| & Associates, P.C., ) | |
| ) | |
| Defendant. ) | |

**NOTICE IS GIVEN** that Plaintiff hereby files with the Clerk of the District Court of Arizona, Plaintiff's Voluntary Dismissal of This Case With Prejudice.

**RESPECTFULLY SUBMITTED** this 17th day of January, 2012.

                                By:s/Marshall Meyers
                                  **Marshall Meyers**
                                  **WEISBERG & MEYERS, LLC**
                                  **5025 North Central Ave., #602**
                                  **Phoenix, AZ 85012**
                                  **602 445 9819**
                                  **866 565 1327 facsimile**
                                  **mmeyers@AttorneysForConsumers.com**
                                  **Attorney for Plaintiff**

1  Filed electronically on this 17th day of January, 2012, with:

2  United States District Court CM/ECF system

3

4  By: s/Dana Patch
       Dana Patch